**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID G. LONGO | : | BK. No. 15-21905-CMB |
| Debtor | : | |
| WELLS FARGO BANK, NA | : | Chapter No. 7 |
| Movant | : | |
| v. | : | Document No. |
| DAVID G. LONGO | : | |
| and | : | Hearing Date: 08/23/2016 |
| NATALIE LUTZ CARDIELLO, ESQUIRE | : | |
| (TRUSTEE) | : | Hearing Time: 1:30 p.m. |
| Respondents | : | |
| | : | Objection Date: 08/17/2016 |

## EXHIBIT A: BROKER PRICE OPINION

## RESIDENTIAL VALUATION SERVICES (RVS) - DESKTOP APPRAISAL

**Single Unit Residential Form**                                 **Restricted Appraisal Report**

- [ ] Reject/Withdraw – Check Reason Below
- [ ] 2-4 Units  [ ] Commercial/Mixed Use  [ ] Zoned Commercial/Industrial  [ ] Acreage (5+)  [ ] Mobile/Mfg. Home  [ ] Vacant Land
- [ ] Co-Op  [ ] No MLS Coverage  [ ] Cannot produce a credible value  [ ] Other _____

### SUBJECT and CLIENT INFORMATION

Property Address: 1551 W Ingomar Rd    Unit #: ____   City: Pittsburgh    State: PA    Zip Code: 15237
County: Allegheny    Owner: David G Longo    Tax ID #/APN#: ███

Property Rights Appraised: [X] Fee Simple  [ ] Leasehold
Property Type: [X] SFR/PUD  [ ] Condo  [ ] Attached  [X] Detached
Assignment Type: [X] Loan Service/Default  [ ] Other
Client: Wells Fargo Bank, NA

### MARKET AREA ANALYSIS / HIGHEST and BEST USE

**One Unit Housing Trends**
- Property Values: [ ] Increasing  [X] Stable  [ ] Declining
- Demand/Supply: [ ] Shortage  [X] In Balance  [ ] Over Supply
- Marketing Time: [ ] Under 3 mths  [X] 3-6 mths  [ ] Over 6 mths

Is the Highest and Best Use of the subject property as improved the present use? [X] Yes  [ ] No
If no, describe. ___

**Market Comments:** Market conditions are favorable, with supply and demand forces balanced and mortgage rates at a competitive level. Typical properties are successfully marketed without special financing or concessions. According to West Penn Multi-List data, normal marketing times of competitively priced properties are 90-180 days.

### SALES COMPARISON ANALYSIS

| Property Features | Subject | Comparable #1 | Comparable #2 | Comparable #3 |
|---|---|---|---|---|
| Address | 1551 W Ingomar Rd, Pittsburgh, PA 15237 | 2567 Meinert Rd, Wexford, PA 15090 | 1566 Rosemary Dr, Wexford, PA 15090 | 1516 W Ingomar Rd, Pittsburgh, PA 15237 |
| Proximity | | 1.77 miles NE | 0.83 miles NW | 0.37 miles NE |
| Sale Price | $ | $ 223500 | $ 210000 | $ 210000 |
| Sale Price/Gross Liv. Area | $ 0.00 /sq. ft. | $ 135.78 /sq. ft. | $ 112.54 /sq. ft. | $ 109.89 /sq. ft. |
| Data Sources | Real Stats/Allgh Cty/MLS | Real Stats/Allgh Cty/MLS | Real Stats/Allgh Cty/MLS | Real Stats/Allgh Cty/MLS |
| MLS# / DOM | N/A  N/A | 1051752  5 | 1067261  12 | 1069314  94 |
| List Price | $ N/A | $ 234900 | $ 210000 | $ 214900 |
| Contract Date/Close Date | N/A  N/A | 04/19/2015  06/30/2015 | 07/24/2015  09/04/2015 | 10/26/2015  12/09/2015 |
| Location | Suburban/Avg | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior |
| Site Area | 24600 | 20279 | 20227 | 23473 |
| View | Residential/Avg | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior |
| Year Built | 1954 | 1969 | 1957 | 1981 |
| Condition | Average | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior |
| Above Grade | Total / Bdrms / FB/HB | Total / Bdrms / FB/HB | Total / Bdrms / FB/HB | Total / Bdrms / FB/HB |
| Room Count | 7 / 3 / 2 / 1 | 7 / 3 / 2 / 0 | 6 / 3 / 1 / 0 | 7 / 3 / 2 / 1 |
| Gross Living Area (GLA) | 1958 sq. ft. | 1646 sq. ft. | 1866 sq. ft. | 1911 sq. ft. |
| Basement | Full; | [X]Yes [ ]No | [X]Yes [ ]No | [X]Yes [ ]No |
| If Basement (Describe Subj.) | Gameroom | [ ]Superior [ ]Similar [X]Inferior | [ ]Superior [ ]Similar [X]Inferior | [ ]Superior [ ]Similar [X]Inferior |
| Garage/Carport | 2 Car Garage | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior |
| Pool | None | [ ]Yes [X]No | [ ]Yes [X]No | [ ]Yes [X]No |
| HOA Dues (Condo only) | $ N/A | $ | $ | $ |
| REO / Short Sale / No | No | [ ]REO [ ]Short Sale [X]No | [ ]REO [ ]Short Sale [X]No | [ ]REO [ ]Short Sale [X]No |
| Subdivision/Development | Subdivision | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior |
| **Overall Comparison to the Subject Property** | | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior | [ ]Superior [X]Similar [ ]Inferior |

### LISTING and TRANSFER HISTORY

The Appraiser has researched and analyzed the listing history of the subject property for the last 12 months.
Subject Property: [ ] Currently Listed  [ ] Listed in the past 12 months  [X] Not Listed in past 12 months

Listing History:    List Date _____   List Price $ _____   Days on Market (DOM) _____
                    _____             $ _____              _____

The Appraiser has researched and analyzed a 3 year transfer history of the subject property/1 year history for the comparables.

| Transfer History | Subject | Comp. 1 | Comp. 2 | Comp. 3 |
|---|---|---|---|---|
| Date/Amount | N\A  $___ | N\A  $___ | N\A  $___ | N\A  $___ |
|  | $___ | $___ | $___ | $___ |

(Use the Summary section below if additional room is needed.)

### SUMMARY

COMMENTS (Including reconciliation of sales comparison data, reasonable exposure time, and comments on listing and transfer history(s).)

See Attached Addendum.

Opinion of Market Value  $ 210000    as of 06/27/2016

# RESIDENTIAL VALUATION SERVICES (RVS) - DESKTOP APPRAISAL

**Single Unit Residential Form**  **Restricted Appraisal Report**

## SALES COMPARISON ANALYSIS

| Property Features | Subject | Comparable #4 | Comparable #5 | Comparable #6 |
|---|---|---|---|---|
| Address | 1551 W Ingomar Rd<br>Pittsburgh, PA 15237 | 1552 Crestview Dr<br>Pittsburgh, PA 15237 | 2384 Brandt School Rd<br>Pittsburgh, PA 15237 | |
| Proximity | | 0.82 miles SE | 0.46 miles NE | |
| Sale Price | $ | $ 195600 | $ | $ |
| Sale Price/Gross Liv. Area | $ 0.00 /sq. ft. | $ 134.34 /sq. ft. | $ 0.00 /sq. ft. | $ /sq. ft. |
| Data Sources | Real Stats/Allgh Cty/MLS | Real Stats/Allgh Cty/MLS | Real Stats/Allgh Cty/MLS | |
| MLS# / DOM | N/A  N/A | 1051394  1 | 1227156  21 | |
| List Price | $ N/A | $ 195600 | $ 229900 | $ |
| Contract Date/Close Date | N/A  N/A | 04/13/2015  07/16/2015 | N/A  N/A | |
| Location | Suburban/Avg | ☐Superior ☒Similar ☐Inferior | ☐Superior ☒Similar ☐Inferior | ☐Superior ☐Similar ☐Inferior |
| Site Area | 24600 | 20892 | 1.41 Acres | |
| View | Residential/Avg | ☐Superior ☒Similar ☐Inferior | ☐Superior ☒Similar ☐Inferior | ☐Superior ☐Similar ☐Inferior |
| Year Built | 1954 | 1956 | 1950 | |
| Condition | Average | ☐Superior ☒Similar ☐Inferior | ☐Superior ☒Similar ☐Inferior | ☐Superior ☐Similar ☐Inferior |
| Above Grade | Total  Bdrms  FB/HB | Total  Bdrms  FB/HB | Total  Bdrms  FB/HB | Total  Bdrms  FB/HB |
| Room Count | 7  3  2  1 | 8  4  2  0 | 7  3  2  1 | |
| Gross Living Area (GLA) | 1958 sq. ft. | 1456 sq. ft. | 1437 sq. ft. | sq. ft. |
| Basement | Full; | ☒Yes ☐No | ☒Yes ☐No | ☐Yes ☐No |
| If Basement (Describe Subj.) | Gameroom | ☐Superior ☒Similar ☐Inferior | ☐Superior ☒Similar ☐Inferior | ☐Superior ☐Similar ☐Inferior |
| Garage/Carport | 2 Car Garage | ☐Superior ☒Similar ☐Inferior | ☐Superior ☒Similar ☐Inferior | ☐Superior ☐Similar ☐Inferior |
| Pool | None | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☐No |
| HOA Dues (Condo only) | $ N/A | $ | $ | $ |
| REO / Short Sale / No | No | ☐REO ☐Short Sale ☒No | ☐REO ☐Short Sale ☒No | ☐REO ☐Short Sale ☐No |
| Subdivision/Development | Subdivision | ☐Superior ☒Similar ☐Inferior | ☐Superior ☒Similar ☐Inferior | ☐Superior ☐Similar ☐Inferior |
| **Overall Comparison to the Subject Property** | | ☐Superior ☐Similar ☒Inferior | ☐Superior ☒Similar ☐Inferior | ☐Superior ☐Similar ☐Inferior |

## TRANSFER HISTORY

The Appraiser has researched and analyzed a 3 year transfer history of the subject property/1 year history for the comparables.

| Transfer History<br>Date/Amount | Subject | Comp. 4 | Comp. 5 | Comp. 6 |
|---|---|---|---|---|
| | N\A  $_____ | N\A  $_____ | N\A  $_____ | $_____ |
| | $_____ | $_____ | $_____ | $_____ |

This form is designed to report an appraisal of a one-unit residential property. This form cannot be used to appraise the following types of properties: 2-4 residential units, commercial/mixed use properties, commercial/industrial zoned properties, mobile/manufactured homes, cooperative units, vacant land, properties with more than 5 acres, and properties with other than a Fee Simple or Leasehold Interest. This form can only be completed by an appraiser who has MLS (Multiple Listing Service) data covering the subject's market area. The appraiser may consider other data sources available in addition to MLS and should use the data source(s) deemed most reliable by the appraiser.

This appraisal report is subject to the following Scope of Work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications are not permitted without express authorization by the client. The appraiser may expand the Scope of Work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Additional certifications that do not constitute material alterations to this appraisal report are permitted.

**PURPOSE:**

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based on a sales comparison analysis solely for the use by the client identified in the report.

**INTENDED USE:**

The intended use of this appraisal report is for internal asset review and/or loan servicing (including default) by the client. The report is not intended for any other use.

**INTENDED USER:**

The intended user of this report is limited solely to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without additional information in the appraiser's workfile.

**DEFINITION OF MARKET VALUE:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

(1) Buyer and seller are typically motivated;

(2) Both parties are well informed or well advised, and acting in what they consider their own best interests;

(3) A reasonable time is allowed for exposure in the open market;

(4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

(5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source of Definition: 12 C.F.R., part 34, subpart C-Appraisals, 34.42 Definitions (F)

**RESIDENTIAL VALUATION SERVICES (RVS) - DESKTOP APPRAISAL**

Single Unit Residential Form                                                                                   Restricted Appraisal Report

**SCOPE OF WORK:**

The Scope of Work for the appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the cited definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) identify the characteristics of the subject property that are relevant to the purpose and intended use of the appraisal, (2) research, verify, and analyze data from reliable public and/or private sources, (3) have Multiple Listing Service (MLS) for the subject's market area, (4) include a minimum of 3 closed comparable sales and at least 1 comparable active listing or pending sale, (5) report his or her analysis, opinions, conclusions, and rationale for conclusions in this appraisal report.

Unless otherwise noted, the appraiser has not physically inspected the subject property. In developing this appraisal, the appraiser has incorporated only the Sales Comparison Approach.  The appraiser has excluded the Cost and Income Approaches to value, due to being inapplicable given the limited scope of the appraisal.  The appraiser has determined that his or her appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited scope of analysis is appropriate given the intended use.  The appraiser was able to obtain sufficient information about the subject's physical characteristics (such as room count, gross living area (GLA), site size, etc.) from his or her own research using public and private data sources deemed reliable to develop a credible opinion of value.  These sources include, but are not limited to, tax and assessment records, Multiple Listing Service(s) (MLS), aerial mapping programs, prior appraisal files, etc.

**EXTRAORDINARY ASSUMPTIONS:**

At the client's request, and unless otherwise noted in the report, the following Extraordinary Assumptions have been made: (1) The subject is considered to be in average overall condition, and (2) there are no adverse environmental conditions (hazardous wastes, toxic substances, etc.) in, on or in the immediate vicinity of the subject property, and (3) the subject's projected use is not intended to change,  and (4) there are no significant discrepancies between the subject's public record information or other data source(s) and the existing site or improvements. The use of any Extraordinary Assumptions might have affected the assignment results.

**APPRAISER'S CERTIFICATION**
The appraiser certifies and agrees that to the best of his or her knowledge and belief:

1.  The facts and data reported by the appraiser and used in the appraisal process are true and correct.
2.  The analyses, opinions, and conclusions in this report are limited only by the assumptions and limiting conditions stated in this report and are my personal, impartial, and unbiased professional analysis, opinions, and conclusions.
3.  Unless otherwise specified in this report, I have no present or prospective interest in the property that is the subject of the work under review and, unless otherwise specified in this report, no personal interest with respect to the parties involved.
4.  Unless otherwise specified in this report, I have performed no other services, as an appraiser or in any other capacity, regarding the property that is the subject of the work under review within the three-year period immediately preceding acceptance of this assignment.
5.  I have no bias with respect to the real property that is the subject of this report or to the parties involved with this assignment.
6.  My engagement in this assignment was not contingent upon developing or reporting predetermined results.
7.  My compensation for completing this assignment is not contingent upon the development or reporting of predetermined value or direction in value that favors the clause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
8.  My analyses, opinions, and conclusions were developed and this report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP).
9.  I did not inspect the interior or exterior of the subject real property of the report unless otherwise noted.
10.  No one provided significant real property appraisal assistance to the person signing this report unless otherwise noted. Any individuals who provided significant real property appraisal assistance are identified in an amended certification along with a summary of the extent of the assistance provided in the report.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions and to such other specific and limiting conditions as set forth in the report.

1.  The appraiser assumes no responsibility for matters of a legal nature affecting the real property that is the subject of this or the title thereto, nor does the appraiser render any opinions as to the title, which is assumed to be good and marketable. The property is appraised on the basis of it being under responsible ownership.
2.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made before hand, or as otherwise required by law.
3.  The appraiser has noted in the appraisal report any adverse conditions observed during the analysis of the subject real property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the real property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the real property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the real property.
4.  Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
5.  Disclosure of the contents of the appraisal report is governed by the Uniform Standards of Professional Appraisal Practice (USPAP).
6.  Neither all, nor any part of the content of the report, or copy thereof (including the conclusions of the appraisal, the identity of the appraiser, professional designations, reference to professional appraisal organizations, or the firm with which the appraiser is connected) shall be used for any purposes by anyone but the client specified in the report.
 7.  No change of any item in the report shall be made by anyone other than the appraiser and the appraiser shall have no responsibility for any such unauthorized change.

| APPRAISER | ADDRESS OF PROPERTY APPRAISED |
|---|---|
| Signature: *(signed)* | 1551 W Ingomar Rd |
| Name: Louis A Fabian | Pittsburgh    PA    15237 |
| Company Name: Three Rivers Appraisal Co | |
| Company Address: 250 Mt Lebanon Blvd., Suite 323 | APPRAISED VALUE OF SUBJECT PROPERTY $ 210000 |
| Pittsburgh    PA    15234 | EFFECTIVE DATE OF APPRAISAL  06/27/2016 |
| Date of Signature and Report: 06/27/2016 | |
| State Certification #: GA001124L | CLIENT |
| or State License #: | Name: Wells Fargo Bank, NA |
| State: PA | Company Address: 1100 Corporate Center Dr, 1st Floor |
| Expiration Date of Certification or License: 06/30/2017 | Raleigh    NC    27607 |

| | |
|---|---|
| Borrower/Client | David G Longo |
| Property Address | 1551 W Ingomar Rd |
| City Pittsburgh | County Allegheny    State PA    Zip Code 15237 |
| Lender | Wells Fargo Bank, NA |

Final Reconciliation Comments
The square footage used in this report are based on the Allegheny County Sketch, the West Penn MLS & the appraiser's files and not the Allegheny County posted square footage, because the County posted number may or may not include unfinished upper floors, porches, basements and attached garages.

Comparable #2 & #3 were most similar to the subject and given the most weight in the final estimate of value.

While there is a variation in lot size between the subject and comparables, no adjustments were made since all properties represent single building sites with no measurable dollar difference in this market.

The appraisers comparable search of similar properties in the subject's immediate area, it was necessary to expand the search for comparables outside a one mile radius and/or a four month time period. The comparables provided are located in the same municipality, are served by the same school district, and appeal to a similar segment. The lack of sales data is attributed to a lack of offerings and is not indicative of insufficient demand. Time adjustments are not necessary due to the stable nature of the market.

# USPAP ADDENDUM

File No. _____

| | |
|---|---|
| Borrower | David G Longo |
| Property Address | 1551 W Ingomar Rd |
| City | Pittsburgh |
| County | Allegheny |
| State | PA |
| Zip Code | 15237 |
| Lender | Wells Fargo Bank, NA |

**This report was prepared under the following USPAP reporting option:**

☐ **Appraisal Report**    This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☒ **Restricted Appraisal Report**    This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 90 - 180 days

Market conditions are favorable, with supply and demand forces balanced and mortgage rates at a competitive level. Typical properties are successfully marketed without special financing or concessions. According to West Penn Multi-List data, normal exposure time of competitively priced properties is 90 - 180 days.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

**Additional Comments**

---

**APPRAISER:**

Signature: *[signed]*
Name: Louis A Fabian
Date Signed: 06/27/2016
State Certification #: GA001124L
or State License #: _____
or Other (describe) _____    State # _____
State: PA
Expiration Date of Certification or License: 06/30/2017
Effective Date of Appraisal: 06/27/2016

**SUPERVISORY APPRAISER: (only if required)**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior

# LOCATION MAP ADDENDUM

| | |
|---|---|
| Borrower/Client | David G Longo |
| Property Address | 1551 W Ingomar Rd |
| City Pittsburgh | County Allegheny    State PA    Zip Code 15237 |
| Lender | Wells Fargo Bank, NA |



AI Ready PDF Generated on 06/27/2016 1:38:23 PM